UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAYMOND D. BUSHNER, | ) | CASE NO. 1:22-cv-484 |
| Plaintiff, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) | |
| TIM McCONAHAY, *et al.*, | ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion and Order (Doc. No. 36), Plaintiff's motion for summary judgment is DENIED. (Doc. No. 24.) The moving Defendants' motion for summary judgment is GRANTED. (Doc. No. 26.) The Court DISMISSES Plaintiff's claims against Officer Pajot. This case is DISMISSED with prejudice. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

**IT IS SO ORDERED.**

**Date:** March 21, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE